IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TIMOTHY SALES, *et al.*, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:24-CV-104(CDL) |
| DENNIS BROWN, *et al.*, | * | |
| Defendants. | * | |

O R D E R

This action arises from a wreck that occurred in Bibb County, which is in the Macon Division of this Court. The parties filed a consent motion to transfer this action to the Macon Division. 28 U.S.C. § 1404(a) permits transfer of a civil action "[f]or the convenience of parties and witnesses, in the interest of justice" to another "division where it might have been brought" or to a "division to which all parties have consented. And, the Court in its discretion may, upon consent of all parties, transfer a civil action to another division in the same district. 28 U.S.C. § 1404(b). Here, all parties consent to a transfer of this action to the Macon Division, and the Court grants the motion to transfer (ECF No. 14). The Clerk shall reassign this action to another judge who regularly presides over Macon Division cases.

IT IS SO ORDERED, this 27th day of August, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA